# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2286 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | Board File Nos. C2-16-473 and C1-15-821 |
| | : | |
| | : | (Bucks County MDJ |
| v. | : | MJ-07102-CR-0000070-2016) |
| | : | |
| JOHN MARCUS FRANKLIN, JR. | : | Attorney Registration No. 88996 |
| | : | |
| Respondent | : | (Philadelphia County) |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of August, 2016, the Joint Petition for Temporary Suspension is granted, John Marcus Franklin, Jr., is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all provisions of Pa.R.D.E. 217.